IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK R. HUGHES,** | Case No. C 11-01185 SBA (PR) |
| Petitioner, | **AMENDED ORDER** |
| v. | |
| **JOHN MARSHALL, Warden,** | |
| Respondent. | |

    Good cause appearing, respondent may have until September 20, 2013, in which to file a response to the order to show cause. Petition may file a traverse **60 days** after receipt of the answer or response.

Dated: ____7-31-13_____       *Saundra B Armstrong*
                                                                     The Honorable Saundra B. Armstrong

G:\PRO-SE\SBA\HC.11\Hughes1185.AmendedEOT-ans.doc

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NICK R HUGHES,

       Plaintiff,

 v.

JOHN MARSHALL et al,

       Defendant.
_____/

Case Number: CV11-01185 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nick R. Hughes
110 Whispering Pines Court
Scotts Valley, CA 95066

Dated: August 1, 2013
                                Richard W. Wieking, Clerk
                                By: Lisa Clark, Deputy Clerk

N:\K…\Prisoner\Hughes1185.AmendedEOT-ans.doc