IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICK R. HUGHES,** | Case No. C 11-01185 SBA (PR) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **JOHN MARSHALL, Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until November 19, 2013, in which to file a response to the order to show cause. Petition may file a traverse 60 days after receipt of the answer or response.

Dated: 9/20/2013

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong