UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICK R. HUGHES,<br>   Petitioner<br> v.<br>KAMALA D. HARRIS, State Attorney General,<br>   Respondent. | Case No: C 11-1185 SBA (PR)<br>**JUDGMENT** |

  In accordance with the Court's Order Granting Respondent's Renewed Motion to Dismiss Petition as Untimely,

  IT IS HEREBY ORDERED THAT final judgment is entered in favor of Respondent.

  IT IS SO ORDERED.

Dated: 9/29/14

                SAUNDRA BROWN ARMSTRONG
                United States District Judge

P:\PRO-SE\SBA\HC.11\Hughes1185.jud.docx